IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Vandervelde Sr, Stephen M

Printed: 3/18/08

Case Number: 07 B 22811
Judge: Hollis, Pamela S
Filed: 12/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 378.40 |
| Trustee Fee: |  | 21.60 |
| Other Funds: |  | 0.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert N Honig | Administrative | 2,250.00 | 378.40 |
| 2. | Quantum Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Quantum Servicing Corporation | Secured | 13,384.12 | 0.00 |
| 4. | Center For Pediatric Gastroenterolo | Unsecured |  | No Claim Filed |
| 5. | The Center For Sleep Medicine | Unsecured |  | No Claim Filed |
| 6. | Renuka H Bhatt | Unsecured |  | No Claim Filed |
| 7. | Family Chiropractic Health Center | Unsecured |  | No Claim Filed |
| 8. | Century Ear Nose & Throat | Unsecured |  | No Claim Filed |
| 9. | Tinley Park Pediatric Association | Unsecured |  | No Claim Filed |
| 10. | High Technology Inc | Unsecured |  | No Claim Filed |
| 11. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | Family Practice | Unsecured |  | No Claim Filed |
| 13. | Heartland Cardiovascular Center LLC | Unsecured |  | No Claim Filed |
| 14. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 15. | Sullivan Urgent Aid Centers | Unsecured |  | No Claim Filed |
| 16. | Lifecircle Women's Health SC | Unsecured |  | No Claim Filed |
| 17. | South Division Credit Union | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,634.12 | $ 378.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 21.60 |
|  | _____ |
|  | $ 21.60 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vandervelde Sr, Stephen M | Case Number:  07 B 22811 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/18/08 | Filed:  12/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

